**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| GREGORY WALKER, #1661270, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-CV-3-JDK-JDL |
| | § | |
| BRYAN COLLIER, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This action was referred to United States Magistrate Judge John D. Love pursuant to

28 U.S.C. § 636.  Docket No. 2.  In its March 11, 2019 Order, the Court informed Plaintiff that he

was obligated to properly serve the Defendants before the expiration of 90 days from the date he

filed his complaint.  Docket No. 11.  Plaintiff filed the return of his purported executed service on

August 26, 2019.  Docket No. 64.  The Report and Recommendation of the Magistrate Judge

(Docket No. 122) recommended that the purported service on Defendant Joseph Embra and Jean

Sparks be quashed and the claims against them be dismissed without prejudice pursuant to FED.

R. CIV. P. 4(m).  Plaintiff filed written objections.  Docket No. 125.

The Court reviews objected-to portions of the Magistrate Judge's Report and

Recommendation de novo.  *See* FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1) ("A judge of the

court shall make a de novo determination of those portions of the report or specified proposed

findings and recommendations to which objection is made.").  The Court conducting a de novo

review examines the entire record and makes an independent assessment under the law.  *Douglass*

*v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other*

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen

days).

Having reviewed Plaintiff's objections de novo, the Court concludes that the objections are without merit and that the findings and conclusions of the Magistrate Judge are correct. Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED** and that the Magistrate Judge's Report (Docket No. 120) is **ADOPTED** as the opinion of this Court.  It is further

**ORDERED** that Plaintiff's purported service on Defendants Embra and Sparks is **QUASHED** and the complaint against Defendants Embra and Sparks is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**So ordered and signed on this**
**Jun 25, 2020**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE